**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRACIELA DELA TORRE | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:25-cv-12988 |
| | ) | |
| v. | ) | Judge Kness |
| | ) | |
| BLUE RAVEN SOLAR, LLC, et al. | ) | Magistrate Judge Berry |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO STAY ALL DEADLINES AND CANCEL STATUS HEARING

Plaintiff Graciela Dela Torre and Defendant GoodLeap LLC, by and through their counsel, move this Honorable Court to stay all deadlines and cancel the in-person status hearing set for March 11, and state as follows:

1.      Pro se plaintiff Graciela Dela Torre originally filed her complaint on October 24, 2025, and applied for appointment of counsel *in forma pauperis*.

2.      On December 11, 2025, the Court appointed Mr. Essig to be counsel for Ms. Dela Torre pursuant to 28 U.S.C. § 1915.

3.      After an initial status conference was held on January 14, 2026, the Court issued a minute order to stay the case to "allow the parties time to continue discussions for a potential resolution."

4.      Pursuant to the Court's directive at the status conference, counsel for Plaintiff and Defendant Goodleap LLC worked diligently with their clients to explore resolution and have now reached a settlement that will resolve the case.

5. The Parties and their counsel require additional time to prepare and execute a settlement agreement before filing a stipulation of dismissal.

6. In light of this pending resolution, both Parties respectfully request that all deadlines be stayed (including the March 24, 2026 deadline to file an amended complaint), that the in-person status hearing scheduled for March 11 be cancelled, and suggest that a status on settlement could be set in May if the parties have not already filed a joint stipulation of dismissal.

WHEREFORE, Plaintiff Graciela Dela Torre and Defendant GoodLeap LLC respectfully request that the Court enter an order staying all deadlines, canceling the March 11 status hearing, and granting any further relief the Court deems appropriate.

Dated: March 4, 2026

*/s William V. Essig*
William V. Essig
Joseph M. Kipp
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 214-5617
William.Essig@btlaw.com
Joseph.Kipp@btlaw.com

*Counsel for Plaintiff*

/s *Justin A. Barker* (*by consent*)
Justin A. Barker
Nelson Mullins Riley & Scarborough LLP
123 N. Wacker Drive, Suite 2100
Chicago, IL 60606
Telephone: (312) 205-7950
Email: Justin.Barker@nelsonmullins.com

*Counsel for Defendant GoodLeap LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing document in the United States District Court for the Northern District of Illinois and the same was served on counsel of record through the CM/ECF system.


Dated: March 4, 2026                    */s/ William V. Essig*