**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRACIELA DELA TORRE | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:25-cv-12988 |
| | ) | |
| v. | ) | Judge Kness |
| | ) | |
| BLUE RAVEN SOLAR, LLC, et al. | ) | Magistrate Judge Berry |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Graciela Dela Torre and Defendant GoodLeap LLC, by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action and the claims against GoodLeap LLC are hereby dismissed with prejudice.  Each party shall bear its own costs and fees.

Dated: April 13, 2026

*/s William V. Essig*
William V. Essig
Joseph M. Kipp
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 214-5617
William.Essig@btlaw.com
Joseph.Kipp@btlaw.com
*Counsel for Plaintiff Graciela Dela Torre*

*/s Graciela Dela Torre*
Graciela Dela Torre
653 Wing Street
Elgin, IL 60123
gmestiza1@gmail.com

/s *Justin A. Barker* (*by consent*)
Justin A. Barker
Nelson Mullins Riley & Scarborough LLP
123 N. Wacker Drive, Suite 2100

Chicago, IL 60606
Telephone: (312) 205-7950
Email: Justin.Barker@nelsonmullins.com

*Counsel for Defendant GoodLeap LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I electronically filed the foregoing document in the United States District Court for the Northern District of Illinois and the same was served on counsel of record through the CM/ECF system.

Dated: April 13, 2026                                    */s/ William V. Essig*